IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                              INDICTMENT

ADAM ARNOLD                                        4:13cr6-RH
_____/

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about October 1, 2011, and on or about September 13, 2012, in the Northern District of Florida, the defendant,

**ADAM ARNOLD,**

did knowingly receive and distribute material containing images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## COUNT TWO

On or about September 13, 2012, in the Northern District of Florida, the defendant,

**ADAM ARNOLD,**

did knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the violations charged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendant,

**ADAM ARNOLD,**

shall forfeit to the United States, pursuant to Title 18 United States Code, Section 2253, all of his interest in:

    A.    Any visual depiction described in Title 18, United States Code, Section 2252A, including any book, magazine, periodical, film, videotape, or other matter that contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 through 2258;

B. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

C. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred, sold to, or deposited with a third party;

    iii. has been placed beyond the jurisdiction of this Court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253, to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 2253.

TRUE BILL:

REDACTED
_____
FOREPERSON

1/8/2013
_____
DATE

_____
PAMELA C. MARSH
United States Attorney

_____
MICJHAEL T. SIMPSON
Assistant United States Attorney

4