## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**                                  Case No. 4:13cr6-RH

    **vs.**

**ADAM ARNOLD**
_____/

### STATEMENT OF FACTS

COMES NOW THE UNITED STATES OF AMERICA and ADAM ARNOLD to provide this factual basis for the acceptance of a guilty plea from Adam Arnold.

In the spring of 2012, an internet service provider forwarded information that a Tallahassee, Florida subscriber was sending and/or receiving images of child pornography. The provider forwarded images from account transmissions which the National Center for Missing and Exploited Children identified as known child pornography images. The Tallahassee Police Department identified the account's subscriber as the defendant, Adam Arnold.

Based upon this information, a state search warrant was served upon defendant's Leon County, Florida residence on September 13, 2012. Defendant and his wife were present. Defendant was identified as the information technology specialist at a local elementary school.

1

FILED IN OPEN COURT ON

March 21, 2013

United States District Court
Northern District of Florida

Following advice of Miranda rights, defendant stated that he knew why officers were there and that they were there because he had downloaded child pornography. He said that what would be found on the computers "is on me and not on my wife." Defendant stated that he was sexually aroused by children between infancy and fourteen years old, but that he had not acted on these urges.

Although there were a number of pieces of computer hardware present, defendant said that his child pornography was on one particular computer. He stated that he might have as many as one thousand (1,000) images of child pornography. He said that he obtained these images from the internet. He said that he knew that it was wrong and stupid to collect these images, but that it is something which had attracted him "as long as I can remember."

Defendant identified a directory for the officers which was hidden in the operating system files of this computer under the label "oops." Defendant provided officers with his user name and password for a Russian-based website on which he had posted and received images of child pornography.

Forensic examination revealed that there were approximately 6,000 images of child pornography, as defined by federal statutes, within the hidden directory on defendant's computer. These included images of children under the age of 12 engaged in sexual intercourse. Defendant posted 26 images on the Russian website, some of them child pornography.

Defendant's hidden directory included a number of images of what appear to be local children, in a sub-directory labeled "Friends." Although the individual images are

2

not child pornography, their location suggests that the defendant was attracted to the persons depicted.

## ELEMENTS

The Defendant can be found guilty of receiving and distributing child pornography, in violation of Title 18, United States Codes, Section 2252A(a)(2)(A), only if the following facts are proven beyond a reasonable doubt:

(1)   The defendant knowingly received or distributed a visual depiction;

(2) The depiction was shipped or transported in interstate or foreign commerce by any means, including by a computer;

(3) The production of the depiction involved a minor engaging in sexually explicit conduct;

(4) The depiction is of a minor engaged in sexually explicit conduct; and

3

(5) The defendant knew that at least one performer in the visual depiction was a minor and knew or should have known that the depiction showed a minor engaged in sexually explicit conduct.

PAMELA C. MARSH

United States Attorney

RICHARD H. SMITH, Esq.
Attorney for Defendant

3/21/13
Date

ADAM ARNOLD

3/21/13
Date

MICHAEL T. SIMPSON
Assistant United States Attorney
Florida Bar No. 254,339
Northern District of Florida
111 North Adams St., 4th Floor
Tallahassee, Florida 32301
(850) 942-8430

3/21/13
Date

4